1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8

9            IN THE UNITED STATES DISTRICT COURT FOR THE

10                 EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA,     )   MAG. NO.  08-00119-DAD
13              Plaintiff,        )
        v.                       )
14                                )   MOTION TO DISMISS COMPLAINT
   MICHAEL JOSEPH CHAVEZ,         )   AND ORDER
15              Defendant.        )
   _____)
16

17

18
                          **MOTION**
19
       HEREBY, the United States moves that this Court enter an
20
   order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without
21
   prejudice the complaint for Unlawful Flight to Avoid Prosecution in
22
   the above referenced case, CR No 08-00119-DAD, against defendant
23
   Michael Joseph CHAVEZ.
24

25 DATED: 12/21/12                     BENJAMIN WAGNER
                                       U.S. Attorney
26
                                  By   /s/Michelle Rodriguez
27                                     MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney
28

1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8

9            IN THE UNITED STATES DISTRICT COURT FOR THE

10                 EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA,      )   MAG. NO.  08-00119-DAD
13              Plaintiff,         )
        v.                        )
14                                )   ORDER
   MICHAEL JOSEPH CHAVEZ,         )
15              Defendant.        )
   _____)
16

17

18                            **ORDER**

19      The United States' motion to dismiss without prejudice the

20  underlying UFAP complaint in the above referenced case, MAG No 08-

21  00119-DAD against defendant CHAVEZ is GRANTED.

22

23  DATED: 12/21/2012   _____ /s/ Carolyn K. Delaney
    _____
24                                HON.  CAROLYN K. DELANEY
                                  U.S. MAGISTRATE JUDGE
25

26

27

28